UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| GEORGE IVERSON, individually, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 04-12079-NG |
| SIMON PROPERTY GROUP, L.P., a Delaware limited partnership, | ) ) ) ) | |
| Defendant. | ) ) ) | |

NOTICE OF APPEARANCE

Kindly enter the appearance of Jennifer Martin Foster as counsel for defendant Simon Property Group, L.P. in the above-captioned matter.

                                       Respectfully submitted,

                                       SIMON PROPERTY GROUP, L.P.

                                       By its attorneys,

                                       _____ /s/ Jennifer Martin Foster_____
                                       Jennifer Martin Foster (BBO #644796)
                                       Kay B. Lee (BBO #647224)
                                       Greenberg Traurig LLP
                                       One International Place
                                       Boston, MA 02110
                                       (617) 310-6000

Co-Counsel:
Brian C. Blair, Esq.
Greenberg Truarig, P.A.
450 S. Orange Ave., Ste. 650
Orlando, FL  32801
(407) 420-1000

Dated: November 3, 2004

## CERTIFICATE OF SERVICE

      I, Jennifer Martin Foster, hereby state that on November 3, 2004, I caused to be served a copy of the foregoing, by first class mail, postage prepaid, upon counsel for George Iverson, O. Oliver Wragg, Esq., Fuller, Fuller & Associates, P.A., 12000 Biscayne Boulevard, Suite 609, North Miami, Florida 33181.

                                                      /s/  Jennifer Martin
                                               Jennifer Martin Foster

151421

bos-srv01\152161v01