UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE IVERSON, individually, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 04-cv-12079-NG |
| SIMON PROPERTY GROUP, L.P., a Delaware limited partnership, and BRAINTREE PROPERTY ASSOCIATES, L.P., a Massachusetts limited partnership, | ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE
AGAINST DEFENDANT SIMON PROPERTY GROUP, L.P.**

Plaintiff, George Iverson, Individually, Defendants, Simon Property Group, L.P., a Delaware Limited Partnership, and Braintree Property Associates, L.P., a Massachusetts limited partnership, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this action as against Defendant Simon Property Group, L.P. with prejudice, each party bearing its own fees and costs.

Nothing herein shall affect the pending action against Defendant Braintree Property Associates, L.P.

Respectfully submitted,

| | |
|---|---|
| GEORGE IVERSON, Individually,<br>By his attorney, | SIMON PROPERTY GROUP, L.P and<br>BRAINTREE PROPERTY<br>ASSOCIATES, L.P.,<br>By their attorneys, |
| /s/ O. Oliver Wragg<br>O. Oliver Wragg (BBO #643152)<br>Fuller, Fuller and Associates, P.A.<br>12000 Biscayne Boulevard, Suite 609<br>North Miami, Florida  33181<br>(305) 891-5199 | /s/ Jennifer Martin Foster<br>Jennifer Martin Foster (BBO #644796)<br>Kay B. Lee (BBO #647224)<br>Greenberg Traurig LLP<br>One International Place<br>Boston, MA 02110<br>(617) 310-6000<br><br>*Co-Counsel*:<br>Brian C. Blair, Esq.<br>Greenberg Truarig, P.A.<br>450 S. Orange Ave., Ste. 650<br>Orlando, FL  32801<br>(407) 420-1000 |

Dated: December 20, 2004

**CERTIFICATE OF SERVICE**

      I, Jennifer Martin Foster, hereby state that on December 20, 2004, I caused to be served a copy of the foregoing, by first class mail, postage prepaid, upon counsel for George Iverson, O. Oliver Wragg, Esq. and John P. Fuller, Esq., Fuller, Fuller & Associates, P.A., 12000 Biscayne Boulevard, Suite 609, North Miami, Florida 33181.

      /s/   Jennifer Martin Foster
      Jennifer Martin Foster

bos-srv01\154331v01