3586

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GEORGE IVERSON, individually,

      Plaintiff,

CIVIL ACTION NO.: 04-CV-12079 NG-JLA

v.

BRAINTREE PROPERTY ASSOCIATES, LIMITED PARTNERSHIP, a Massachusetts limited partnership,

      Defendant.
_____/

### PLAINTIFF'S LOCAL RULE 16.1 (d) CERTIFICATE

Pursuant to Local Rule 16.1(d)(3), the undersigned counsel and parties hereby certify that they have conferred:

(a)    With a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and

(b)    To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

Respectfully submitted,

_____  
George Iverson

_____  
Oliver Wragg, Esq. (BBO #643152)  
Of Counsel  
Fuller, Fuller & Associates, P.A.  
12000 Biscayne Blvd., Suite 609  
North Miami, FL 33181  
(305) 689-0800

OOW:jl (jyl@fullerfuller.com)  
*3586MA* SR (jl 11-16-04).wpd