UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE IVERSON, Individually,<br><br>     Plaintiff,<br><br>v.<br><br>BRAINTREE PROPERTY ASSOCIATES LIMITED PARTNERSHIP, a Massachusetts Limited Partnership,<br><br>     Defendant. | CASE NO. 1:04-CV-12079-NG |

## AFFIDAVIT OF JOHN P. FULLER

COMES NOW John P. Fuller and under oath does depose and say as follows:

1. I am a member of the bar in good standing in every jurisdiction where I am admitted to practice.

2. There are no disciplinary proceedings pending against me in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court of the District of Massachusetts.

4. I am currently actively associated with O. Oliver Wragg, Esq. who is a member of the bar of this Court.

I hereby swear upon penalty of perjury that the foregoing Declaration is true to the best of my knowledge.

Date: 4/1/05

_____
John P. Fuller, Esquire

EXHIBIT B

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

Sworn to (or affirmed) and subscribed before me this 1st day of April, 2005, by John P. Fuller

_____
[Notary]

MONICA MARTA
COMMISSION # DD 253385
EXPIRES: January 26, 2008
Bonded Thru Notary Public Underwriters

Personally Known ✓ OR Produced Identification _____
Type of Identification Produced _____