UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
GEORGE IVERSON, individually,       )
                                    )
    Plaintiff,                      )
                                    )
v.                                  )   Case No. 04-cv-12079-NG
                                    )
BRAINTREE PROPERTY                  )
ASSOCIATES, L.P.,                   )
                                    )
    Defendant.                      )
                                    )
_____)

## DEFENDANT'S FED. R. CIV. P. 7.1 AND LOCAL RULE 7.3 CERTIFICATION

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3 for the District of Massachusetts, defendant Braintree Property Associates, L.P. ("Braintree") hereby states that there are no parent corporations nor publicly held companies that own 10% or more of Braintree's stock.

Dated: April 27, 2005

                                        Respectfully submitted,

                                        BRAINTREE PROPERTY ASSOCIATES, L.P.,

                                        By its attorney,


                                        /s/ Jennifer Martin Foster
                                        Jennifer Martin Foster, Esq. (BBO #644796)
                                        Greenberg Traurig LLP
                                        One International Place
                                        Boston, MA 02110
                                        FosterJe@GTLaw.com
                                        Tel.: (617) 310-6000
                                        Fax: (617) 310-6001

**CERTIFICATE OF SERVICE**

      I, Jennifer Martin Foster, hereby state that on April 27, 2005, I caused to be served a copy of the foregoing, by first class mail, postage prepaid, upon counsel for George Iverson, O. Oliver Wragg, Esq. and John P. Fuller, Fuller, Fuller & Associates, P.A., 12000 Biscayne Boulevard, Suite 609, North Miami, Florida 33181.

      /s/ Jennifer Martin Foster
      Jennifer Martin Foster

bos-srv01\154334v01