UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GEORGE IVERSON, individually, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 04-12079-NG |
| BRAINTREE PROPERTY ASSOCIATES LIMITED PARTNERSHIP, | ) |
| Defendant. | ) |

## [PROPOSED] JOINT STATEMENT AND SCHEDULING ORDER PURSUANT TO FED. R. CIV. P. 26(f) AND LOCAL RULE 16.1(D)

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1(D), the parties submit the following joint statement in connection with the Scheduling Conference to be held on May 4, 2005:

1. <u>Matters to be Discussed at Conference</u>.  The parties will appear prepared to discuss the following issues:

   a. A proposed pre-trial schedule for the case that includes the plan for discovery and deadlines;

   b. Anticipated dispositive and pre-trial motions;

   c. Alternative Dispute Resolution; and

   d. Settlement.

2. <u>Procedural Motions and other Pending Matters</u>.  There are no pending motions currently before the Court.

3. <u>Schedule for Discovery</u>.  The parties have conferred in good faith in an attempt to reach an agreed schedule for discovery and dispositive motions.  Despite their efforts, they have been unable to reach agreement.  The plaintiff's and the defendant's proposed schedules follow:

a. <u>Plaintiff's proposed schedule:</u>

| **DEADLINE OR EVENT** | **PROPOSED DATE** |
|---|---|
| Fed. R. Civ. P. 26(a)(1) disclosures | **May 9, 2005** |
| Motion to Add Parties or to Amend Pleadings | **June 1, 2005** |
| Plaintiff's Expert Reports | **July 1, 2005** |
| Defendant's Expert Reports | **July 15, 2005** |
| Close of Discovery | **August 25, 2005** |
| Summary Judgment Motions | **September 2, 2005** |
| All other Motions, including Motions *In Limine* | **September 20, 2005** |
| Final Pretrial Conference | **On or about November 10, 2005** |
| Trial | **On or about November 25, 2005** |
| Estimated Length of Trial | **3 days** |

b. <u>Defendant's proposed schedule:</u>

| **DEADLINE OR EVENT** | **PROPOSED DATE[1]** |
|---|---|
| Fed. R. Civ. P. 26(a)(1) disclosures | **May 24, 2005** |
| Motion to Add Parties or to Amend Pleadings | **January 30, 2006** |
| Plaintiff's Expert Reports | **January 13, 2006** |
| Defendant's Expert Reports | **February 13, 2006** |
| Close of Discovery | **March 30, 2006** |

---

[1] Because the parties believe that an out of court settlement of this matter is likely, defendant advocates a lengthy discovery schedule to enable the parties to more efficiently focus their efforts on such settlement, which has been ongoing. In addition, in the event that this matter does not settle, plaintiff has informed defendant that he intends to conduct an extensive expert inspection which the defendant believes will take numerous months to complete.

| **DEADLINE OR EVENT** | **PROPOSED DATE[1]** |
|---|---|
| Summary Judgment Motions | **April 28, 2006** |
| All other Motions, including Motions *In Limine* | **July 17, 2006** |
| Final Pretrial Conference | **On or about July 31, 2006** |
| Trial | **On or about August 14, 2006** |
| Estimated Length of Trial | **3 - 5 days** |

    4.    <u>Discovery Limits</u>.  The parties have agreed that discovery be conducted pursuant to the limits set forth in Local Rule 26.1(C).  The parties have further agreed that all discovery requests must be propounded no later than 33 days prior to the close of discovery.  Each party shall reserve its or his right to seek by motion additional discovery, with good cause shown.

    5.    <u>Settlement</u>.  The parties have agreed that settlement is likely, but do not at this time request a settlement conference before a Magistrate Judge.

    6.    <u>Trial by Magistrate Judge</u>.  At this time, the parties are not prepared to consent to trial by a Magistrate Judge.

    7.    <u>Budget and Alternative Dispute Resolution</u>.  Counsel for the parties have conferred with their respective clients concerning establishing a budget for litigation and the use of Alternative Dispute Resolution.  The parties are willing to participate in mediation in an attempt to resolve this matter and will attempt to agree upon a mutually acceptable mediator.  The plaintiff has already filed his certification required pursuant to Local Rule 16.1(D)(3).  The defendant's Local Rule 16.1(D)(3) certification is attached.

    8.    <u>Modification of Schedule</u>.  All dates set forth herein may be modified by written agreement of the parties and approval of the Court, or upon motion of the Court for good cause shown.

Dated: April 27, 2005

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| **GEORGE IVERSON** | **BRAINTREE PROPERTY ASSOCIATES LIMITED PARTNERSHIP** |
| By his attorneys, | By its attorneys, |
| /s/ John P. Fuller_____ | /s/ Jennifer Martin Foster_____ |
| John P. Fuller, Esq. (pro hac vice) | Jennifer Martin Foster, Esq. (BBO #644796) |
| Fuller, Fuller & Associates, P.A. | Greenberg Traurig LLP |
| 12000 Biscayne Blvd., Suite 609 | One International Place |
| North Miami, FL 33181 | Boston, MA 02110 |
| FFA@FullerFuller.com | FosterJe@GTLaw.com |
| Tel.: (305) 891-5199 | Tel.: (617)310-6000 |
| Fax: (305)893-9505 | Fax: (617)310-6001 |
| | *Of Counsel* |
| | Brian Blair, Esq. |
| | Greenberg Traurig, P.A. |
| | 450 S. Orange Avenue, Suite 650 |
| | Orlando, FL 32801 |
| | BlairB@GTLaw.com |
| | Tel.: 407-420-1000 |
| | Fax: 407-841-1295 |

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via U.S. Mail and e-mail to **JOHN P. FULLER**, Fuller, Fuller & Associates, P.A., 12000 Biscayne Boulevard, Suite 609, North Miami, Florida 33181, this 27 day of April, 2005.

/s/ Jennifer Martin Foster
Jennifer Martin Foster

bos-srv01\154337v01