UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE IVERSON, individually, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BRAINTREE PROPERTY ) <br> ASSOCIATES, L.P., ) <br> ) <br> Defendant. ) | C. A. NO. 04-cv-12079-NG |

## DEFENDANT'S LOCAL RULE 16.1(D)(3) CERTIFICATION

The undersigned counsel and authorized representative of defendant Braintree Property Associates, L.P. ("Braintree") hereby certify that Braintree and its counsel have conferred (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: April __, 2005

| | |
|---|---|
| BRAINTREE PROPERTY ASSOCIATES LIMITED PARTNERSHIP, a Massachusetts limited partnership<br>By: CPI-BRAINTREE CORPORATION, a Delaware corporation, general partner<br><br>*/s/ Michael H. Freese/*<br>By: Michael H. Freese, Esq.,<br>Managing Attorney<br>115 W. Washington Street<br>Indianapolis, IN 46204 | By its attorneys,<br><br>*/s/ Jennifer Martin Foster/*<br>Jennifer Martin Foster, Esq. (BBO #644796)<br>Greenberg Traurig LLP<br>One International Place<br>Boston, MA 02110<br>FosterJe@GTLaw.com<br>Tel.: (617) 310-6000<br>Fax: (617) 310-6001<br><br>*Co-counsel*:<br>Brian Blair, Esq.<br>Greenberg Traurig, P.A.<br>450 S. Orange Avenue, Suite 650<br>Orlando, FL 32801<br>BlairB@GTLaw.com<br>Tel.: (407) 420-1000<br>Fax: (407) 841-1295 |