```
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To
avoid later charges, download a copy of each document during this first viewing.
<!-- rcsid='\$Header: /ecf/district/html/TextHead,v 3.1 2003-04-25 07:56:43-04 loy Exp
\$' --> United States District Court District of Massachusetts
```

Notice of Electronic Filing
The following transaction was entered on 3/14/2005 at 10:05 AM EST and filed on 3/14/2005

```
#ident 'rcsid=\$Header: /ecf/district/server/TextBody,v 3.1 2003-04-25 07:52:35-04 loy Exp
\$' Case Name: Iverson v. Simon Property Group, L.P. Case Number: 1:04-cv-12079
https://ecf.mad.uscourts.gov/cgi-bin/DktRpt.pl?94400
```

Document Number:
Copy the URL address from the line below into the location bar of your Web browser to view
the document:

Docket Text:
Judge Nancy Gertner : Electronic ORDER entered denying [9] Motion for Protective Order:
From the materials that the defendnat has submitted, it is clear that plaintiff has been
chastised in the past for not conducting a pre-filing investigation. In this instance, he
did -- using the same expert that is the subject of defendant's motion, and filing what
was described as a "preliminary" report. It is not unreasonable for the expert to seek to
re-visit the area after reviewing the defendant's expert's response. AT the same time, the
court will be vigilant about any efforts to "run up a bill" in the case at bar.
(Gertner, Nancy)

The following document(s) are associated with this transaction:

```
<!-- rcsid='\$Header: /ecf/district/server/TextAtyList,v 3.2 2003-06-02 17:37:56-04 bibeau
Exp \$' --> 1:04-cv-12079 Notice will be electronically mailed to:
```
Jennifer M Foster                                             fosterje@gtlaw.com

Kay B. Lee                                                    leeka@gtlaw.com

O. Oliver Wragg                                         , IV  ffa@fullerfuller.com


1:04-cv-12079 Notice will not be electronically mailed to:

1

EXHIBIT A