IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GEORGE IVERSON, Individually,    )
                                 )
            Plaintiff,           )
v.                               )    CASE NO.: 04-CV-12079-NG-JLA
                                 )
                                 )
BRAINTREE PROPERTY ASSOCIATES,   )
a Massachusetts Limited Partnership,)
                                 )
            Defendant.           )
_____)

## 2ND RE-NOTICE OF PLAINTIFFS' REQUEST OF ENTRY UPON LAND FOR INSPECTION AND OTHER PURPOSES

COME NOW Plaintiffs, by and through undersigned counsel, and pursuant to Rule 34 of the Federal Rules of Civil Procedure, request entry upon the Defendant's property known as *South Shore Plaza*, and located at *250 Granata Street, Braintree, MA*, for the purpose of inspecting and measuring, surveying, photographing, testing or sampling the property within the scope of Rule 26(b). The area of inspection shall be the following:

1. Any and all Parking Area(s) provided for use by the public, customers and invitees;

2. Any and all Restrooms, which are provided for use by the public, customers, and invitees;

3. Any and all entrances and Path(s) of Travel areas provided for public use;

4. All access(es) to goods and services throughout the facility; and

5. Any and all areas of the public accommodation, excepting only work areas used exclusively by employees, which include, but are not limited to, all tenant spaces in a shopping center, and all common areas of the public accommodation; and

EXHIBIT B

6. All other areas cited in paragraph 17 of the Amended Complaint as being in violation of the ADA.

7. The tenant spaces to be inspected are listed in the attached "Exhibit A".

The time for said entry shall be, **WEDNESDAY, JUNE 1, 2005 @ 9:30 A.M.** and shall continue until Plaintiffs' inspection shall have been completed. In the event the inspection is not completed in one inspection, same shall be continued on a mutually agreeable time and date.

I HEREBY CERTIFY that a true and correct copy of the foregoing was faxed and e-mailed on May 18, 2005 to:

Jennifer Martin Foster, Esq. (BBO #644796)
Kay B. Lee, Esq. (BBO #647224)
Greenberg Traurig LLP
One International Place
Boston, MA 02110
FosterJe@GTLaw.com
Tel: (617)310-6000
Fax: (617)310-6001

Brian C. Blair, Esq.
Greenberg Traurig, P.A.
450 S. Orange Avenue, Ste. 650
Orlando, FL 32801
(407)841-1295

                    FULLER, FULLER & ASSOCIATES, P.A.
                    12000 Biscayne Blvd., Suite 609
                    North Miami, FL 33181
                    Tel.: (305)891-5199
                    Fax: (305)893-9505
                    By: _____
                        O. Oliver Wragg, Esq. (BBO #643152)

cc: William Norkunas (expert)
FILE 3886 RULE 34 INSPECTION (2ND RENOTICED).wpd

<u>List of Tenant Stores to be Inspected</u>
<u>Page 1</u>

<u>Department Stores</u>

Filene's
Lord & Taylor
Macy's
Sears

<u>Health and Beauty</u>

CVS

<u>Home Furnishings</u>

Filene's Home Store
Williams-Sonoma

<u>Men's & Women's Fashions</u>

Abercrombie & Fitch
American Eagle Outfitters
Banana Republic
Champs Sports
Eddie Bauer
Filene's Basement
Gap
J. Crew

<u>Men's Fashions</u>

Simon & Sons
Aeropostale

<u>Music</u>

Circuit City
Radio Shack

<u>Restaurants</u> – <u>all restaurants including order-at-the-counter restaurants and order-at-the-table-by-a-staff restaurants</u>

Beantown Burrito
Bourbon Street Cajun Café

## List of Tenant Stores to be Inspected
## Page 2

Johnny Rockets
La Cucina di Capri
Master Wok
McDonald's
Pizzeria Regina
Quizno's Classic Subs
Sarku Japan
Souper Salad
99 Restaurant and Pub
Brigham's Restaurant
Joe's American Bar & Grill
Legal Sea Food
Pizzeria Uno Chicago Bar and Grill
Rock Bottom Brewery

### Services

ATM Money Machines

### Shoes

Bostonian Shoe
Foot Locker
Footaction USA
Johnston & Murphy
Payless ShoeSource
Rockport Shoes
The Athlete's Foot

### Specialty Food – all specialty foods such as ice cream stores, candy stores, doughnut stores, coffee stores, etc.

Au Bon Pain
Auntie Anne's Pretzels
Brigham's Ice Cream
Candy Express
Cinnabon
Dunkin' Donuts
Godiva Chocolatier

<u>List of Tenant Stores to be Inspected</u>
<u>Page 3</u>

Kohr Brothers Frozen Custard
Lindt Chocolate
Planet Smoothie
The Coffee Beanery

<u>Specialty Shops</u>

Brookstone
Sharper Image

<u>Sporting Goods / Activewear</u> – <u>all sporting goods and men's activewear stores</u>