UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FILED by _____ D.C.
DKTG
JAN 31 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

CASE NO. 00-00740-CIV-LENARD
Magistrate Judge Simonton

ACCESS NOW, INC., EDWARD S. )
RESNICK, DAN MURPHY and CYNTHIA )
JONES, on their own behalf and on behalf of all )
those similar situated, )
                                              ) **ORDER CLARIFYING ORDER**
                                              ) **EXTENDING STAY**
    Plaintiff(s), )
v. )
              )
BROOKSTONE PROPERTIES INC., a New )
Hampshire corporation, and BROOKSTONE )
STORES, INC., a New Hampshire Corporation, )
              )
    Defendant(s). )
_____ )

THIS MATTER came before the Court on the Parties' Joint Motion For Clarification of Order Extending Stay. The Court having reviewed the joint motion, and being otherwise duly advised of the circumstances surrounding the motion, it is hereby ordered and adjudged that the Parties' joint motion is Granted, with clarification as follows:

The Order Extending Stay, dated January 8, 2003, does not effect the conditional certification of the class, or the prohibition against the filing of separate accessibility actions against Brookstone. The temporary class certification and prohibitions against separate actions shall remain in effect until the a determination is made at the Fairness Hearing or the Court rules otherwise.

Done and ordered in chambers at Miami, Miami-Dade County, Florida, this 31 day of

EXHIBIT C

ACCESS NOW v. BROOKSTONE PROPERTIES, INC.
CASE NO.: 00-00740 CIV-LENARD

_____, 2003.

_____
United States District Judge

Copies furnished to:
Robert S. Fine, Esq.
Matthew W. Dietz, Esq.
Lorence Jon Bielby, Esq.

-2-