IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GEORGE IVERSON, Individually,     )
                              )
         Plaintiff,           )     CASE NO.: 04-CV-12079-NG-JLA
v.                          )
                              )
BRAINTREE PROPERTY ASSOCIATES, )
a Massachusetts Limited Partnership,  )
                              )
        Defendant.        )
_____)

## RE-NOTICE OF PLAINTIFFS' REQUEST OF ENTRY UPON LAND FOR INSPECTION AND OTHER PURPOSES

COME NOW Plaintiffs, by and through undersigned counsel, and pursuant to Rule 34 of the Federal Rules of Civil Procedure, request entry upon the Defendant's property known as *South Shore Plaza*, and located at *250 Granata Street, Braintree, MA*, for the purpose of inspecting and measuring, surveying, photographing, testing or sampling the property within the scope of Rule 26(b). The area of inspection shall be the following:

1.     Any and all Parking Area(s) provided for use by the public, customers and invitees;

2.     Any and all Restrooms, which are provided for use by the public, customers, and invitees;

3.     Any and all entrances and Path(s) of Travel areas provided for public use;

4.     All access(es) to goods and services throughout the facility; and

5.     Any and all areas of the public accommodation, excepting only work areas used exclusively by employees, which include, but are not limited to, all tenant spaces in a shopping center, all offices in an office building occupied by a public accommodation, (as defined in 36 CFR Part 36 § 104), all hotel rooms in a hotel, and all common areas of the public accommodation; and

6.     All other areas cited in paragraph 16 of the Complaint as being in violation of the ADA.

**EXHIBIT**

**2**

)                                    )

The time for said entry shall be, **SATURDAY, MARCH 12, 2005 @ 10:30 A.M.** and shall

continue until Plaintiffs' inspection shall have been completed.  In the event the inspection is not

completed in one inspection, same shall be continued on a mutually agreeable time and date.

I HEREBY CERTIFY that a true and correct copy of the foregoing was e-mailed on February

10, 2005 to:

Jennifer Martin Foster, Esq. (BBO #644796)
Kay B. Lee, Esq. (BBO #647224)
Greenberg Traurig LLP
One International Place
Boston, MA 02110
FosterJe@GTLaw.com
Tel: (617)310-6000
Fax: (617)310-6001

Brian C. Blair, Esq.
Greenberg Traurig, P.A.
450 S. Orange Avenue, Ste. 650
Orlando, FL 32801

**FULLER, FULLER & ASSOCIATES, P.A.**
12000 Biscayne Blvd., Suite 609
North Miami, FL 33181
Tel.: (305)891-5199
Fax: (305)893-9505

By: _____
   O. Oliver Wragg, Esq. (BBO #643152)

cc: William Norkunas (expert)

FILE 3586 RULE 34 INSPECTION (RENOTICED).wpd