UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
GEORGE IVERSON, individually,      )
     Plaintiff,                    )
                                   )
     v.                            )    Civil No. 04-12079-NG
                                   )
BRAINTREE PROPERTY ASSOCIATES,     )
L.P.,                              )
                                   )
     Defendant.                    )
```
GERTNER, D.J.:

### ORDER RE: MOTION FOR PROTECTIVE ORDER
August 29, 2005

Defendant's motion for protective order [docket entry # 16] is HEREBY **GRANTED** in part and **DENIED** in part. Plaintiff is denied the right to enter the 55 tenant spaces at issue without the permission of the respective tenants. With said permission, plaintiff may inspect these areas. Defendant is denied its request for costs and attorneys' fees.

**SO ORDERED.**

Date: August 29, 2005                     /s/NANCY GERTNER, U.S.D.J.