UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GEORGE IVERSON, Individually,

    Plaintiff,                               Case No. 1:04-cv-12079-NG

v.

BRAINTREE PROPERTY
ASSOCIATES, L.P.,

    Defendant.
_____/

**ORDER GRANTING PLAINTIFF'S MOTION TO FILE SETTLEMENT AGREEMENT UNDER SEAL AND FOR THE COURT TO RETAIN JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT AND TO DETERMINE PLAINTIFF'S REASONABLE ATTORNEYS FEES, EXPERT FEES, LITIGATION EXPENSES AND COSTS**

THIS CAUSE came to be heard before this Court on Plaintiff's Motion to File Settlement Agreement under Seal, for the Court to retain jurisdiction to enforce the terms thereof and to award Plaintiff its reasonable attorneys fees, expert fees, litigation expenses and costs.

After being advised in the premises, and reviewing the agreed Motion of the Plaintiffs,

IT IS HEREBY ORDERED AND ADJUDGED:

1. Plaintiff's Motion to File Settlement Agreement under Seal is hereby <u>GRANTED</u>.

2. The Court retains jurisdiction to enforce the terms and conditions of the Settlement Agreement between the parties.

3. The Court retains jurisdiction to award Plaintiff's counsel reasonable attorneys fees, expert fees, litigation expenses and costs, if any, upon proper application therefor in accordance with the Local Rules of this Court and the Federal Rules of Civil Procedure.

Order on Motion to File Settlement Agreement Under Seal
Case No. 1:04-cv-12079-NG
PAGE 2

4. All pending Motions are denied as being moot.

5. This case is otherwise dismissed with prejudice.

_____
JUDGE NANCY GERTNER
UNITED STATES DISTRICT JUDGE