UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GEORGE IVERSON, Individually,

    Plaintiff,                                  Case No. 1:04-cv-12079-NG

v.

BRAINTREE PROPERTY
ASSOCIATES, L.P.,

    Defendant.
_____/

## **PLAINTIFF'S NOTICE OF MANUALLY FILING SETTLEMENT AGREEMENT WITH CLERK'S OFFICE UNDER SEAL**

Notice is hereby given that the Settlement Agreement has been manually filed with the Court under seal.

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on this 15th day of September, 2006, a true and correct copy of the foregoing Notice has been served electronically via the Court's CM/ECF System to:

Jennifer Martin Foster, Esq.
Greenberg Traurig, LLP
One International Place
100 Oliver Street
Boston, MA 02110
fosterje@gtlaw.com

                                      Fuller, Fuller & Associates, P.A.
                                      Counsel for Plaintiff
                                      12000 Biscayne Blvd., Suite 609
                                      North Miami, FL 33181
                                      Tel. (305) 891-5199

                                      By: /s/ John Fuller
                                          John P. Fuller, Esq., *pro hac vice*
                                          Jpf@fullerfuller.com

cc:  Brian C. Blair, Esq., via email at blairb@gtlaw.com