IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE IVERSON, Individually, <br><br> Plaintiff, <br><br> v. <br><br> BRAINTREE PROPERTY ASSOCIATES, LIMITED PARTNERSHIP, a Massachusetts Limited Partnership, <br><br> Defendant. | Civil Action #: 1:04-CV-12079 NG-JLA |

**ORDER**

Upon consideration of Plaintiff's Motion For Extension Of Time in which to file his Motion For Attorney Fees, Costs, Litigation Expenses, And Expert Fees, and it appearing there is good cause for the same, it is hereby ORDERED that said motion is GRANTED.  Plaintiff shall file the aforesaid motion by October 22, 2007.

Done and Ordered in Chambers, Massachusetts, this _____ day of

_____, 2007.

_____

Copy: to all attorneys of record