IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE IVERSON, Individually,<br><br>   Plaintiff,<br><br>v.<br><br>BRAINTREE PROPERTY ASSOCIATES, LIMITED PARTNERSHIP, a Massachusetts Limited Partnership,<br><br>   Defendant. | Civil Action #: 1:04-CV-12079 NG-JLA |

## **ORDER**

  Upon consideration of Plaintiff's Motion To File His Motion For Attorney Fees, Costs, Litigation Expenses, And Expert Fees under Seal, and it appearing there is good cause for the same, it is hereby ORDERED that said motion is GRANTED. Plaintiff shall file the aforesaid motion under Seal.

  Done and Ordered in Chambers, Massachusetts, this _____ day of _____, 2007.

                     _____

Copy: to all attorneys of record

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE IVERSON, Individually,<br><br>Plaintiff,<br><br>v.<br><br>BRAINTREE PROPERTY ASSOCIATES, LIMITED PARTNERSHIP, a Massachusetts Limited Partnership,<br><br>Defendant. | Civil Action #: 1:04-CV-12079 NG-JLA |

## **ORDER**

Upon consideration of Plaintiff's Motion To File His Motion For Attorney Fees, Costs, Litigation Expenses, And Expert Fees under Seal, and it appearing there is good cause for the same, it is hereby ORDERED that said motion is DENIED.

Done and Ordered in Chambers, Massachusetts, this _____ day of _____, 2007.

_____

Copy: to all attorneys of record