IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE IVERSON, Individually, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Civil Action #: 1:04-CV-12079 NG-JLA |
| BRAINTREE PROPERTY ASSOCIATES, | ) |
| LIMITED PARTNERSHIP, a Massachusetts | ) |
| Limited Partnership, | ) |
| | ) |
| Defendant. | ) |
| _____/ | ) |

## PLAINTIFF'S NOTICE OF MANUALLY FILING ITS VERIFIED APPLICATION FOR ATTORNEYS' FEES, COSTS AND EXPERT'S FEES WITH CLERK'S OFFICE UNDER SEAL

Notice is hereby given that Verified Application for Attorneys' Fees, Costs and Expert's Fees And Accompanying Memorandum of Law has been manually filed with the Court under seal.

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 22nd day of October, 2007, a true and correct copy of the foregoing Notice has been served electronically via the Court's CM/ECF System and via Federal Express to: Defendant's counsel, Jennifer Martin Foster, Esq., Greenberg Traurig, LLP, One International Place, 100 Oliver Street, Boston, MA 02110, and served via e-mail and via Federal Express to Defendant's co-counsel Brian C. Blair, Esq., bblair@bakerlaw.com, Baker & Hostetler, LLP, SunTrust Center, Suite 2300, 200 South Orange Avenue, Post Office Box 112, Orlando, FL 32802-0112.

Fuller, Fuller & Associates, P.A.
Counsel for Plaintiff
12000 Biscayne Blvd., Suite 609
North Miami, FL 33181
Tel. (305) 891-5199

By: /s/ John Fuller
    John P. Fuller, Esq., *pro hac vice*
    Jpf@fullerfuller.com