IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE IVERSON, Individually, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) Civil Action #: 1:04-CV-12079 NG-JLA<br>BRAINTREE PROPERTY ASSOCIATES, )<br>LIMITED PARTNERSHIP, a Massachusetts )<br>Limited Partnership, )<br>)<br>Defendant. )<br>_____ / ) | |

**PLAINTIFF'S NOTICE OF MANUALLY FILING AN AMENDMENT TO ITS VERIFIED APPLICATION FOR ATTORNEYS' FEES, COSTS AND EXPERT'S FEES WITH CLERK'S OFFICE UNDER SEAL**

COMES NOW the Plaintiff, George Iverson, Individually, by and through his undersigned attorneys, and files this Amendment to Plaintiff's Verified Application for Attorneys' Fees, Costs, and Expert Fees filed under seal on October 22, 2007, to include the following pages that were erroneously omitted when filed under seal:

1. Table of Contents with Table of Authorities and Exhibit List

2. The concluding paragraph to be added following page 17: V. Conclusion.

                            **FULLER, FULLER & ASSOCIATES, P. A.**
                            *Attorneys for Plaintiff*
                            12000 Biscayne Boulevard, Suite 609
                            North Miami, FL 33181
                            jpf@fullerfuller.com
                            Tel.: (305) 891-5199
                            Fax: (305) 893-9505

                            By:    /s/ John P. Fuller
                                    John P. Fuller, Esq., *pro hac vice*

Dated: October 23, 2007

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was sent electronically via the Court's CM/ECF System on October 23, 2007 to: Defendant's counsel, Jennifer Martin Foster, Esq., Greenberg Traurig, LLP, One International Place, Boston, MA 02110, and and via e-mail to: Defendant's co-counsel, Brian C. Blair, Esq., bblair@bakerlaw.com, Baker & Hostetler, LLP, SunTrust Center, Suite 2300, 200 South Orange Avenue, Post Office Box 112, Orlando, FL 32802-0112.

                                        **FULLER, FULLER & ASSOCIATES, P. A.**
                                        *Attorneys for Plaintiff*
                                        12000 Biscayne Boulevard, Suite 609
                                        North Miami, FL 33181
                                        jpf@fullerfuller.com
                                        Tel.: (305) 891-5199
                                        Fax: (305) 893-9505

                                        By: __/s/ John P. Fuller_____
                                               John P. Fuller, Esq., *pro hac vice*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE IVERSON, Individually, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action #: 1:04-CV-12079 NG-JLA<br>) |
| BRAINTREE PROPERTY ASSOCIATES, LIMITED PARTNERSHIP, a Massachusetts Limited Partnership, | )<br>)<br>)<br>)<br>) |
| Defendant. | )<br>) |

## ORDER

Upon consideration of Plaintiff's Motion To File His Motion For Attorney Fees, Costs, Litigation Expenses, And Expert Fees under Seal, and it appearing there is good cause for the same, it is hereby ORDERED that said motion is GRANTED. Plaintiff shall file the aforesaid motion under Seal.

Done and Ordered in Chambers, Massachusetts, this ___10___ day of ___October___, 2007.

_____

Copy: to all attorneys of record