UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE IVERSON, | ) |
| | ) |
| Plaintiff, | ) C. A. NO. 04-cv-12079-NG |
| | ) |
| v. | ) |
| | ) |
| BRAINTREE PROPERTY ASSOCIATES, L.P., | ) |
| | ) |
| Defendant. | ) |

[PROPOSED] ORDER

Upon consideration of Defendant's Motion for Extension of Time to Respond to Plaintiff's Motion for Attorney's Fees, and it appearing there is good cause for same, it is hereby ORDERED that said motion is GRANTED. Defendant shall file the aforementioned response by December 3, 2007.

Done and Ordered in Chambers, Massachusetts, this ____ day of November, 2007.

_____

Copy: to all attorneys of record

BOS 46301424v1 11/19/2007