UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GEORGE IVERSON, individually,

    Plaintiff,

vs.                                           Case No. 04-CV-12079-NG

BRAINTREE PROPERTY ASSOCIATES, L.P.,
a Massachusetts limited partnership,

    Defendant.

_____/

## MOTION FOR ADMISSION *PRO HAC VICE* OF BRIAN C. BLAIR, ESQ.

    Jennifer Martin Foster, of the law firm of Greenberg Traurig, LLP, and a member in good standing of the bar of this Court, respectfully requests that this Court, pursuant to Local Rule 83.5.3, enter an Order authorizing Brian C. Blair of the law firm Baker Hostetler to appear *pro hac vice* in the above-captioned case on behalf of defendant Braintree Property Associates, L.P. for the following reasons:

    (1)    Braintree Property Associates, L.P. is a defendant in the above-captioned matter;

    (2)    Brian C. Blair is one of the attorneys that Braintree Property Associates, L.P. has retained to represent its interests in this proceeding; and

    (3)    Mr. Blair has prepared and executed a Certificate in accordance with Local Rule 83.5.3, which is attached hereto.

    WHEREFORE, I respectfully request that this Court enter an Order authorizing the admission *pro hac vice* of Brian C. Blair.

Dated: November 19, 2007

1

Respectfully submitted,

**BRAINTREE PROPERTY ASSOCIATES, L.P.,**

By its attorney,

/s/ Jennifer Martin Foster_____
Jennifer Martin Foster, Esq. (BBO#664796)
Greenberg Traurig, LLP
One International Place
Boston, MA  02110
(617) 310-6000

Dated: November 19, 2007

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Defendant, Braintree Property Associates, L.P. by and through counsel, hereby certify that they conferred with opposing counsel in a good faith attempt to resolve or narrow the issues raised in the aforementioned motion and state that counsel for plaintiff has assented.

/s/ Jennifer Martin Foster_____
Jennifer Martin Foster

### CERTIFICATE OF SERVICE

I, Jennifer Martin Foster, hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent, via First-Class Mail, to those indicated as non-registered participants, on this 19th day of November, 2007.

/s/ Jennifer Martin Foster_____
Jennifer Martin Foster

BOS 46298190v1 11/19/2007