UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE IVERSON, | ) |
| | ) |
| Plaintiff, | ) C. A. NO. 04-cv-12079-NG |
| | ) |
| v. | ) |
| | ) |
| BRAINTREE PROPERTY ASSOCIATES, L.P., | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATION OF BRIAN BLAIR, ESQ.
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

BRIAN BLAIR Esq., of full age, hereby certifies as follows:

1.  I am an attorney licensed to practice in the state of Florida and am a shareholder with the law firm Baker & Hostetler, LLP, SunTrust Center, Suite 2300, 200 South Orange Avenue, Orlando, Florida 32801-3432, counsel for Defendant, Braintree Property Associates, LLP. I submit this Certification in support of my Motion For Admission *Pro Hac Vice*.

2.  I am a member in good standing of the Bar of the state of Florida. I am admitted and in good standing in the following courts: United States Supreme Court, Eleventh Circuit Court of Appeals, United States District Court, Northern District of Florida, United States District Court, Middle District of Florida and United States District Court, Southern District of Florida

3.  There are no disciplinary proceedings pending against me as a member of the Bar of any jurisdiction.

4.  I have read and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalty of perjury, this 15th day of November, 2007.

_____
BRIAN C. BLAIR

089191, 000004, 501596781.1