UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| GEORGE IVERSON,<br><br>Plaintiff,<br><br>v.<br><br>BRAINTREE PROPERTY<br>ASSOCIATES, L.P.,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | C. A. NO. 04-cv-12079-NG |

## [PROPOSED] ORDER

Upon consideration of Defendant's Motion for Extension of Time to Respond to

Plaintiff's Motion for Attorney's Fees, and it appearing there is good cause for same, it is

hereby ORDERED that said motion is GRANTED.  Defendant shall file the

aforementioned response by December 10, 2007.


Done and Ordered in Chambers, Massachusetts, this _____ day of December, 2007.


_____


Copy: to all attorneys of record

BOS 46,301,424v1 12/3/2007