UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GEORGE IVERSON, Individually,

    Plaintiff,

v.

Case Number: 1:04-CV-12079-NG

BRAINTREE PROPERTY ASSOCIATES
LIMITED PARTNERSHIP, a Massachusetts
Limited Partnership,

    Defendant.

**PLAINTIFF'S MOTION FOR LEAVE TO PERMIT COUNSEL TO APPEAR PRO HAC VICE**

_____/

In accordance with 83.5.3(b) of the Local Rules of the United States District Court District of Massachusetts that governs the admission and practice of attorneys in said District Court, the undersigned respectfully moves for the admission of Lawrence A. Fuller, Esquire, 12000 Biscayne Blvd., Suite 609, North Miami, Florida 33181, (305) 891-5199, Fax (305) 893-9505, lfuller@fullerfuller.com, for purposes of appearing as counsel on behalf of Plaintiff, George Iverson, in the above-styled case.

Lawrence A. Fuller certified herewith that he has studied the Local Rules of this Court and is a member in good standing of The Florida Bar, and is admitted to the United States District Court for the Southern, Middle and Northern Districts of Florida, as well as the United States Court of Appeals for the Fifth and Eleventh Circuits. Mr. Fuller's Florida Bar Number is 0180470. A certificate of good standing from the Supreme Court of Florida is attached hereto as <u>Exhibit A</u>. Mr. Fuller is a partner with the law firm of Fuller, Fuller & Associates, P.A., and has been a member of the Florida Bar for over twenty (20) years. An Affidavit of Lawrence A. Fuller in Support of this Motion to Admit Counsel Pro Hac Vice is attached hereto as <u>Exhibit B</u>.

In further support of this motion, it is hereby designated that O. Oliver Wragg is a member of the Bar of this Court. He is also a person to whom the Court and Counsel may readily communicate and upon whom papers may be served.

Mr. Fuller is familiar with the Local Rules of the United States District Court for the District of Massachusetts and his application for leave to practice in this court is on motion of a member of the bar of this court, who has already appeared as counsel for the Plaintiff, George Iverson. Additionally, Mr. Fuller has also submitted the required $50.00 filing fee to the Clerk of the U.S. District Court.

WHEREFORE, the plaintiffs request that this Court grant Lawrence A. Fuller permission to appear before this Court pro hac vice.

### CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Braintree Property Associates Limited Partnership, Brian Blair, Esquire, has been informed of the filing of the foregoing motion and that counsel for the Defendant has assented to the foregoing motion.

Respectfully submitted,

/s/O. Oliver Wragg
O. Oliver Wragg, Esq., Of Counsel (BBO 643152)
FULLER, FULLER & ASSOCIATES, P.A.
12000 Biscayne Blvd., Suite 609
North Miami, Florida 33181
Tel.: (305) 891-5199
Fax: (305) 893-9505
FFA@FullerFuller.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished electronically via the Court's CM/ECF System on this 3rd day of December, 2007 to: Jennifer M. Foster, Esq., jefoster@gtlaw.com, and Brian C. Blair, Esq., bblair@bakerlaw.com.

/s/O. Oliver Wragg
O. Oliver Wragg, Esquire, *of Counsel*