# Supreme Court of Florida
## Certificate of Good Standing

*I THOMAS D. HALL, Clerk of the Supreme Court of the State of Florida, do hereby certify that*

**LAWRENCE ARTHUR FULLER**

*was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on* **October 25, 1974,** *is presently in good standing, and that the private and professional character of the attorney appear to be good.*

*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this November 1, 2007*

By: *[signature]*
Chief Deputy Clerk
_____
Clerk of the Supreme Court of Florida


EXHIBIT A