UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GEORGE IVERSON, Individually,

    Plaintiff,

v.

CASE NO. 1:04-CV-12079-NG

BRAINTREE PROPERTY ASSOCIATES
LIMITED PARTNERSHIP, a Massachusetts
Limited Partnership,

    Defendant.

## AFFIDAVIT OF LAWRENCE A. FULLER

COMES NOW Lawrence A. Fuller, and under oath does depose and say as follows:

1. I am a member of the bar in good standing in every jurisdiction where I am admitted to practice.

2. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court of the District of Massachusetts.

I HEREBY declare that the foregoing Affidavit is true to the best of my knowledge.

_____
Lawrence A. Fuller, Esquire

STATE OF FLORIDA    )
    )
COUNTY OF MIAMI-DADE  )

Sworn to and subscribed before me this 30 day of November, 2007, by Lawrence A. Fuller who is personally known to me.

_____
NOTARY PUBLIC

Vince Carbary
Commission # DD404209
Expires March 7, 2009
Bonded Troy Fain - Insurance, Inc. 800-365-7019

**EXHIBIT B**