UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                               )
GEORGE IVERSON,                   )
                                               )
                                               )  C. A. NO. 04-cv-12079-NG
               Plaintiff,          )
                                               )
v.                                             )
                                               )
BRAINTREE PROPERTY      )
ASSOCIATES, L.P.,             )
                                               )
               Defendant.        )
_____)

**DEFENDANT'S NOTICE OF MANUALLY FILING ITS MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S AMENDED VERIFIED APPLICATION FOR ATTORNEYS' FEES, COSTS, AND EXPERT FEES WITH CLERK'S OFFICE UNDER SEAL**

Notice is hereby given that Defendant's Memorandum of Law in Opposition to Plaintiff's Amended Verified Application for Attorneys' Fees, Costs, and Expert Fees has been manually filed with the Court under seal.

                      Respectfully submitted,

                      **BRAINTREE PROPERTY ASSOCIATES, L.P.,**

                      By its attorney,

                      /s/ Jennifer Martin Foster_____
                      Jennifer Martin Foster, Esq. (BBO#664796)
                      Greenberg Traurig, LLP
                      One International Place
                      Boston, MA  02110
                      (617) 310-6000

Dated: December 10, 2007

## CERTIFICATE OF SERVICE

  I, Jennifer Martin Foster, hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent, via First-Class Mail, to those indicated as non-registered participants, on this 10th day of December, 2007.

                /s/ Jennifer Martin Foster_____
                Jennifer Martin Foster