UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE IVERSON.,<br><br>    Plaintiff,<br><br>v.<br><br>BRAINTREE PROPERTY<br>ASSOCIATES, L.P.,<br><br>    Defendant. | Civil Action No. 04-cv-12079-NG |

**ASSENTED-TO MOTION OF DEFENDANT BRAINTREE PROPERTY
ASSOCIATES, L.P. FOR LEAVE TO EXCEED 20 PAGE LIMIT**

Pursuant to Local Rule 7.1(B)(4), defendant Braintree Property Associates, L.P. ("Braintree") hereby requests leave to file its opposition to Plaintiff George Iverson's Amended Verified Application for Attorneys' Fees, Costs and Expert's Fees. In support of this motion, Braintree states that it is necessary to exceed the twenty-page page limit (by two pages) in order to ensure that it properly address all of the issues raised by Plaintiff in its Verified Application for Attorneys' Fees, Costs and Expert's Fees. Plaintiff has assented to the request sought herein.

WHEREFORE, Braintree respectfully requests that this Court grant it leave to file its Opposition to Plaintiff's Amended Verified Application for Attorneys' Fees, Costs and Expert's Fees in excess of the twenty-page limit.

Respectfully submitted,

**BRAINTREE PROPERTY ASSOCIATES, L.P.,**

By their attorneys,

_____
Jennifer Martin Foster, Esq.
(BBO#664796)
Greenberg Traurig, LLP
One International Place
Boston, MA 02110
(617) 310-6000

*Co-Counsel:*
Brian C. Blair, Esq.
Baker & Hostetler, LLP
SunTrust Center, Suite 2300
200 S. Orange Ave.
Orlando, FL 32801
*Admitted Pro Hac Vice*

Dated: December 10, 2007

## LOCAL RULE 7.1(A)(2) CERTIFICATE

I, Jennifer Martin Foster, hereby certify that on December 10, 2007, I contacted counsel for the plaintiff by telephone and plaintiff assents to the relief sought herein.

_____
Jennifer Martin Foster

## CERTIFICATE OF SERVICE

I, Jennifer Martin Foster, hereby certify that on December 10, 2007, I served a copy of the foregoing by overnight mail, postage prepaid, upon:

John P. Fuller, Esq.
Fuller, Fuller and Associates, P.A.
12000 Biscayne Blvd., Ste. 609
North Miami, FL 33181

_____
Jennifer Martin Foster