IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE IVERSON, Individually,<br>　　　　Plaintiff,<br>v.<br>BRAINTREE PROPERTY<br>ASSOCIATES, LIMITED<br>PARTNERSHIP, a Massachusetts<br>Limited Partnership,<br>　　　　Defendant. | )<br>)<br>)<br>)<br>) Civil Action #: 1:04-CV-12079 NG-JLA<br>)<br>)<br>) |

## ORDER GRANTING
## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY TO DEFENDANT'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S APPLICATION FOR FEES

This cause came before this Court on the Unopposed Motion of the Plaintiff for

Leave to File a Reply to Defendant's Memorandum in Opposition to Plaintiff's

Application for Fees.

After being advised of the agreement of the parties, it is hereby

ORDERED AND ADJUDGED, that Plaintiff's Motion for Leave to File a Reply to

Defendant's Memorandum in Opposition to Plaintiff's Application for Fees is

GRANTED. Plaintiff shall file said Reply within 15 days from the date of this Order.

DONE AND ORDERED in Chambers this ____ day of _____ 2007.

_____
NANCY GERTNER
UNITED STATES DISTRICT JUDGE

copies to:
John P. Fuller, Esq.
Jennifer Martin Foster, Esq.
Brian Blair, Esq.

3586 /