IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE IVERSON, Individually,<br><br>Plaintiff,<br><br>v.<br><br>BRAINTREE PROPERTY ASSOCIATES, LIMITED PARTNERSHIP, a Massachusetts Limited Partnership,<br><br>Defendant. | Civil Action #: 1:04-CV-12079 NG-JLA |

**PLAINTIFF'S MOTION FOR CLARIFICATION
OF COURT'S ORDER DATED 12/17/07; OR ALTERNATELY
MOTION FOR EXTENSION OF TIME TO FILE REPLY; AND
MOTION TO FILE REPLY UNDER SEAL**

COMES NOW the Plaintiff, GEORGE IVERSON, by and through his undersigned attorneys, and files this Motion for Clarification of Court's Order dated 12/17/07; or alternately Motion For Extension Of Time To File Reply; And Motion To File Reply Under Seal, and as grounds states:

1. On December 17, 2007, this Court granted the assented-to Plaintiff's Motion for Leave to File a Reply to Defendant's Memorandum of Law in Opposition to Plaintiff's Application for Fees [D.E. 40].

2. The assented-to Motion of the Plaintiff [D.E. 40] requested 15 days from the date of the Court's Order to file a Reply Brief. The electronic Order of the Court merely states that Plaintiff shall now file the document; however the undersigned requires time to prepare the Reply and file same with the Court.

3. The electronic Order granting Plaintiff Leave To File A Reply also states that

counsel using "the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/CCF administrative procedures." This Court had earlier granted Plaintiff's request to file his Motion For Attorneys Fees Under Seal [D.E. 28]. Consistent with said Order, Plaintiff further requests permission to file its Reply to Defendant's Opposition under seal.

    4. Plaintiff therefore requests that it be granted until January 2, 2007 to file its Reply under seal.

    5. The undersigned has contacted opposing counsel in regard to obtaining opposing counsel's consent to this Motion, but has not received a response. Opposing counsel had previously consent to the relief Plaintiff requests herein.

> Respectfully submitted,
> **FULLER, FULLER & ASSOCIATES, P.A.**
> *Attorneys for Plaintiff*
>
> By: /s/John P. Fuller
>     John P. Fuller, Esq., *pro hac vice*
>     12000 Biscayne Boulevard, Suite 609
>     North Miami, FL 33181
>     jpf@fullerfuller.com
>     Tel.: (305) 891-5199
>     Fax: (305) 893-9505

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically via the Court's CM/ECF System on December 20, 2007, to:

Jennifer Martin Foster, Esq.
Greenberg Traurig, LLP
One International Place
Boston, MA 02110
617-310-6000

and by email to:

Brian C. Blair, Esq.
Baker & Hostetler, LLP
200 South Orange Avenue #2300
Orlando, FL 32801
Bblair@bakerlaw.com

                                      **FULLER, FULLER & ASSOCIATES, P.A.**
                                      *Attorneys for Plaintiff*
                                      12000 Biscayne Boulevard, Suite 609
                                      North Miami, FL 33181
                                      jpf@fullerfuller.com
                                      Tel.: (305) 891-5199
                                      Fax: (305) 893-9505

                                      By: /s/ John P. Fuller
                                            John P. Fuller, Esq., *pro hac vice*