IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE IVERSON, Individually,<br>      Plaintiff,<br>v.<br>BRAINTREE PROPERTY ASSOCIATES, LIMITED PARTNERSHIP, a Massachusetts Limited Partnership,<br>      Defendant. | Civil Action #: 1:04-CV-12079 NG-JLA |

### ORDER GRANTING
### PLAINTIFF'S MOTION FOR CLARIFICATION
### OF COURT'S ORDER DATED 12/17/07; OR ALTERNATELY
### MOTION FOR EXTENSION OF TIME TO FILE REPLY; AND
### MOTION TO FILE REPLY UNDER SEAL

This cause came before this Court on Plaintiff's Motion for Clarification of Court's Order Dated 12/17/07; Or Alternately Motion for Extension of Time to File Reply; and Motion to File Reply Under Seal.

After being advised of the premises, it is hereby,

ORDERED AND ADJUDGED, that Plaintiff's Motion for Clarification and/or Extension of Time and Motion to File Reply is Granted; Plaintiff shall file its Reply to Defendant's Opposition to Plaintiff's Motion for Fees Under Seal by January 2, 2008.

DONE AND ORDERED in Chambers this ___ day of _____ 2007.

                                                              _____
                                                              NANCY GERTNER
                                                              UNITED STATES DISTRICT JUDGE

copies to:
John P. Fuller, Esq.
Jennifer Martin Foster, Esq.
Brian Blair, Esq.

3586 /