UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE IVERSON, Individually,<br>　　Plaintiff,<br>v.<br><br>BRAINTREE PROPERTY ASSOCIATES<br>LIMITED PARTNERSHIP, a<br>Massachusetts Limited Partnership,<br>　　Defendant. | Case Number: 1:04-CV-12079-NG<br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE* OF**<br>**TRACIE DICKERSON, ESQ.** |

　　Oliver Wragg, of counsel to the law firm of Fuller, Fuller & Associates, P.A., and a member in good standing of the Bar of this Court, respectfully requests that this Court, pursuant to Local Rule 83.5.3, enter an Order authorizing Tracie Dickerson, formerly of the law firm of Fuller, Fuller & Associates, P.A., to appear *pro hac vice* in the above-captioned case on behalf of the Plaintiff George Iverson, for the following reasons.

　　1.　George Iverson is the Plaintiff in the above-captioned case, and has retained the law firm of Fuller, Fuller & Associates, P.A. to represent his interests in these proceedings.

　　2.　Tracie Dickerson performed legal services on behalf of the Plaintiff, while she was employed by Fuller, Fuller & Associates, P.A.  She presently is employed by Miami-Dade County, Florida.

　　3.　Ms. Dickerson seeks admission to comply with Local Rule 83.5.3.

　　4.　Ms. Dickerson has prepared and executed a Certificate in accordance with Local Rule 83.5.3, which is attached hereto.

　　WHEREFORE, I respectfully request that this Court enter an Order authorizing the admission *pro hac vice* of Tracie Dickerson.

Respectfully submitted,

 /s/ O. Oliver Wragg_____
George Iverson by its attorney
O. Oliver Wragg, Esquire, *of Counsel* (BBO# 643152)
FULLER, FULLER AND ASSOCIATES, P.A.
12000 Biscayne Blvd., Suite 609
North Miami, Florida 33181
Tel.: (305) 891-5199
Fax: (305) 893-9505

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Plaintiff, George Iverson, by and through counsel, hereby certified that they conferred with opposing counsel in a good faith attempt to resolve or narrow the issues raised in the aforementioned Motion, and state that counsel for Defendant opposes the subject motion.

## CERTIFICATE OF SERVICE

I, Oliver Wragg, hereby certify that the foregoing document filed through the ECF system will be sent to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent via First Class Mail, to those identified as non-registered participants on this 7th day of January, 2008 to:

   \_\_\_/s/ O. Oliver Wragg_____
    O. Oliver Wragg, Esquire

3586: OW –