UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE IVERSON, Individually, Plaintiff, <br><br> v. <br><br> BRAINTREE PROPERTY ASSOCIATES LIMITED PARTNERSHIP, a Massachusetts Limited Partnership, Defendant. | Case Number: 1:04-CV-12079-NG <br><br> **AFFIDAVIT OF <br> TRACIE L. DICKERSON, ESQ. <br> IN SUPPORT OF <br> MOTION FOR ADMISSION <br> *PRO HAC VICE*** |

Tracie L. Dickerson, of full age, hereby certifies as follows:

1. I am an attorney licensed to practice in the State of Florida and I am presently employed by the State of Florida, Miami-Dade County Health Department. I was previously employed by the law firm of Fuller, Fuller & Associates, P.A., counsel for the Plaintiff, when I performed legal services in this matter.

2. I am a member in good standing of the Bar of the State of Florida. I am admitted and in good standing in the following courts: United States District Court for the Southern District of Florida, United States District Court for the Middle District of Florida, United States District Court for the Northern District of Florida, United States District Court for the Northern District of Texas, United States District Court for the Southern District of Texas.

3. There are no disciplinary proceedings pending against me as a member of the Bar of any jurisdiction.

4. I have read and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under penalty of perjury, this 3 day of January, 2008.

_____
Tracie L. Dickerson, Esquire

STATE OF FLORIDA – COUNTY OF Miami-Dade

Sworn to (or affirmed) and subscribed before me this 3rd day of January, 2008, by Tracie L. Dickerson who is personally known to me or produced identification _____.

MY SEAL:
_____
Notary Public, Florida at Large



HOUSHIG AMY TEJIRIAN
MY COMMISSION # DD 639294
EXPIRES: February 12, 2011
Bonded Thru Notary Public Underwriters