UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE IVERSON, Individually,<br><br>　　Plaintiff,<br><br>v.<br><br>BRAINTREE PROPERTY ASSOCIATES LIMITED PARTNERSHIP, a Massachusetts Limited Partnership,<br><br>　　Defendant. | Case Number: 1:04-CV-12079-NG<br><br>**ORDER ON MOTION<br>OF TRACIE L. DICKERSON<br>TO APPEAR PRO HAC VICE** |

　　The motion for admission to practice pro hac vice in the above-captioned matter is granted.  The admitted attorney TRACIE L. DICKERSON is permitted to argue or try this particular case in whole or in part as counsel or advocate.

　　This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket.  A notation of your admission pro hac vice for the above listed case will be made on the roll of attorneys.

　　The attorney admitted pro hac vice must serve a copy of this Order on all other counsel in this case.

　　Dated:

_____
Nancy Gertner
United States District Judge