**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**GEORGE IVERSON, individually,**

       **Plaintiff,**

**vs.**                        **Case No. 1:04-cv-12079-NG JLA**

**BRAINTREE PROPERTY**
**ASSOCIATES LIMITED**
**PARTNERSHIP, a Massachusetts**
**limited partnership,**

       **Defendant.**

---

**MOTION TO STRIKE PLAINTIFF'S SEALED SECOND VERIFIED MOTION**
**TO SUPPLEMENT APPLICATION FOR ATTORNEYS FEES, LITIGATION**
**EXPENSES AND COSTS AND MEMORANDUM OF LAW IN SUPPORT THEREOF**

Defendant, BRAINTREE PROPERTY ASSOCIATES LIMITED PARTNERSHIP

("Braintree"), hereby moves to strike Plaintiff's Sealed Second Verified Motion to Supplement

Plaintiff's Application for Attorneys Fees, Litigation Expenses and Costs and Memorandum of

Law in Support Thereof.  As grounds therefore, Braintree states as follows:

1.      On January 22, 2008, Plaintiff, George Iverson, filed under seal with this Court a

three-page Second Verified Motion to Allow Plaintiff to Supplement Plaintiff's Application for

Attorneys Fees, Litigation Expenses and Costs and Memorandum of Law in Support Thereof.

(*See* Doc. No. 53) (hereinafter "Second Fee Application Supplement").

2.      Braintree moves to strike the Second Fee Application Supplement on the same

grounds raised in paragraphs 5, 6, and 7 of Braintree's Motion to Strike Plaintiff's Reply and

Plaintiff's Verified Motion to Supplement Application for Attorneys' Fees, Litigation Expenses,

and Costs and Motion for Defendant to be Permitted a Surreply.  (*See* Doc. 48, a copy of which

is attached hereto as Exhibit A).  Braintree hereby incorporates those same arguments herein by

reference.

3.      Braintree also respectfully renews its request for permission to file a surreply as is more fully set forth in its Motion to Strike Plaintiff's Reply and Plaintiff's Verified Motion to Supplement Application for Attorneys Fees, Litigation Expenses, and Costs and Motion for Defendant to be Permitted a Surreply, and hereby incorporates those same arguments herein by reference. (*See* Doc. 48, Exhibit A).

**WHEREFORE**, Defendant, BRAINTREE PROPERTY ASSOCIATES LIMITED PARTNERSHIP, respectfully requests that the Court:  (a) enter an Order striking Plaintiff's Second Fee Application Supplement; (b) barring Plaintiff from further supplementing his request for attorneys' fees and costs for the reading of this Motion and subsequent Orders of the Court; and (c) permitting Defendant the right to file a Surreply.

Respectfully submitted,

**BRAINTREE PROPERTY ASSOCIATES, L.P.,**

By their attorneys,

 /s/ Jennifer Martin Foster_____
Jennifer Martin Foster, Esq. (BBO#664796)
Greenberg Traurig, LLP
One International Place
Boston, MA  02110
(617) 310-6000

*Co-Counsel:*
Brian C. Blair, Esq.
Baker & Hostetler, LLP
SunTrust Center, Suite 2300
200 S. Orange Ave.
Orlando, FL 32801
*Admitted Pro Hac Vice*

Dated:  January 31, 2008

## LOCAL RULE 7.1(A)(2) CERTIFICATE

In accordance with Local Rule 7.1(A)(2), Defendant's counsel has conferred with

Plaintiff's counsel in an attempt to resolve the issues raised in the foregoing motion.  Plaintiff's

counsel has indicated that he opposes the relief sought herein.

　/s/ Jennifer Martin Foster_____
Jennifer Martin Foster, Esq.


## CERTIFICATE OF SERVICE

I, Jennifer Martin Foster, hereby certify that the foregoing document filed through the
ECF system will be sent electronically to the registered participants as identified on the Notice of
Electronic Filing (NEF), and paper copies will be sent, via First-Class Mail, to those indicated as
non-registered participants, on this 30th day of January, 2008.

　/s/ Jennifer Martin Foster_____
Jennifer Martin Foster, Esq.